THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES E. BENNETT, Defendant-Appellant.

(No. 59270;

First District (5th Division)—January 10, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr., Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAMONT DAVIS, a/k/a LAMONT LEE, Defendant-Appellant.

(No. 59331;

First District (5th Division)—January 10, 1975.